IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DONALD BISHOP COOK, SR.                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:18-CV-76-SA-DAS

MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY, SOUTHERN FARM BUREAU
LIFE INSURANCE COMPANY, SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY                                           DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on April, 26, 2018. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 30th day of April, 2018.

                                             /s/ Sharion Aycock
                                           UNITED STATES DISTRICT JUDGE