UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DONALD COOK                                              PLAINTIFF

v.                                                          Civil No. 1:18-cv-0076-GHD-DAS

MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE CO., *et al.*                                          DEFENDANTS

ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANTS' MOTIONS TO DISMISS

For the reasons stated in the memorandum opinion issued this day, the Court ORDERS that:

1. Defendants' motions to dismiss [Docket Nos. 11, 13, 30] are GRANTED with respect to Plaintiff's FLSA record keeping and FICA claims;

2. Plaintiff's FLSA record keeping claim (count 2) and FICA withholding and payment claims (counts 3 and 4) are DISMISSED; and

3. Defendants' motions are DENIED with respect to Plaintiff's FLSA overtime claim (count 1).

SO ORDERED, this the 13th day of November, 2018.

_____
SENIOR U.S. DISTRICT JUDGE