**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**DONALD BISHOP COOK, SR**                                    **PLAINTIFF**


**VS.**                          **CIVIL ACTION NO: 1:18-cv-00076-GHD-DAS**


**MISSISSIPPI FARM BUREAU
CASUALTY INSURANCE COMPANY,
SOUTHERN FARM BUREAU LIFE
INSURANCE COMPANY, and
SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY**                  **DEFENDANTS**


### FINAL ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the Stipulation of Dismissal of Claims With Prejudice (ECF 174), executed by counsel for Plaintiff, Donald Bishop Cook, Sr., and agreed and stipulated to by counsel for Defendants Mississippi Farm Bureau Casualty Insurance Company, Southern Farm Bureau Casualty Insurance Company, and Southern Farm Bureau Life Insurance Company, and the Court having reviewed the file, being advised that the parties stipulate to entry of this Final Order and Judgment of Dismissal with Prejudice, and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED:

This action and all claims of Plaintiff, Donald Bishop Cook, Sr., against Defendants Mississippi Farm Bureau Casualty Insurance Company, Southern Farm Bureau Casualty Insurance Company, and Southern Farm Bureau Life Insurance Company, are hereby DISMISSED WITH PREJUDICE, and this case is CLOSED.

The parties shall bear their own attorneys' fees and costs.

SO ORDERED this the 17 day of December, 2020.

SENIOR U.S. DISTRICT JUDGE

2